**FILED**
FEB 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8125

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Felix IBARRA | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about February 08, 2008, within the Southern District of California, defendant Felix IBARRA did knowingly and intentionally import approximately 46.94 kilograms (103.27 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_Hugo A. Leon_
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 11th DAY OF FEBRUARY, 2008.

_Peter C. Lewis_
U.S. Magistrate Judge

UNITED STATES OF AMERICA
v.
Felix IBARRA

## STATEMENT OF PROBABLE CAUSE

I, Timothy L. Henderson, declare under penalty of perjury that the following statement of probable cause is true to the best of my knowledge.

On February 08, 2008, Felix IBARRA made entry into the United States from Mexico through the Calexico, California West Port of Entry. IBARRA was the driver of a Dodge minivan registered to Monica Aguilar of Calexico, California.

A Customs and Border Protection (CBP) Officer received a negative Customs declaration from IBARRA. IBARRA was referred to secondary for further inspection.

In secondary, the minivan was searched. Several packages containing a green leafy substance were recovered. A package was probed and a sample of the substance field-tested positive for marijuana. A total of 32 packages were recovered with a combined weight of about 46.94 kilograms.

Special Agent (S/A) Timothy Henderson responded to the port. S/A Henderson began the interview with IBARRA at about 23:35 hours. CBPO J. Colunga advised IBARRA of his rights per Miranda, in Spanish. IBARRA orally waived his rights, as well as signing the written waiver of rights, agreeing to make a statement.

IBARRA stated that he was not told that controlled substances were in the vehicle; however, he believed that "drugs" were in the minivan. IBARRA was to be paid to cross the vehicle into the United States.

Executed on 02/09/2008 at 13:48 hours.

Timothy L. Henderson, Special Agent

U.S. Immigration and Customs Enforcement

On the basis of the facts presented in the probable cause statement consisting of three (3) pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on February 08, 2008, in violation of Title 21 United States Code, Section(s) 952 & 960

Date 2/9/08

United States Magistrate Judge   545pm