1  **SHAFFY MOEEL**
   California State Bar No. 238732
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   Telephone: (619) 234-8467
4  shaffy_moeel@fd.org

5  Attorneys for Mr. Ibarra

6

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE WILLIAM McCURINE)**

11 UNITED STATES OF AMERICA,       )   CASE NO. 08MJ8125
                                   )
12            Plaintiff,            )
                                   )   JOINT MOTION TO CONTINUE
13 v.                              )   HEARING
                                   )
14 **FELIX IBARRA**,               )
                                   )
15            Defendant.            )
                                   )
16 _____

17    Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Shaffy Moeel,

18 and Federal Defenders of San Diego, counsel for Mr. Ibarra, along with Assistant United States Attorney

19 Caroline Han, that the disposition hearing in the above-mentioned case should be continued from March 26,

20 2008 at 9:30 a.m. until April 8, 2008 at 9:30 a.m.

21    **SO STIPULATED.**

22

23 Dated: March 12, 2008              */s/ Shaffy Moeel*
                                      SHAFFY MOEEL
24                                    Federal Defenders of San Diego, Inc.
                                      Attorneys for Mr. Ibarra
25

26 Dated: March 12, 2008              */s/ Caroline Han*
                                      CAROLINE HAN
27                                    Assistant United States Attorney

28

                                                                              08MJ8125

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Caroline Han**
Caroline.Han@usdoj.gov

Dated: March 12, 2008

                                          /s/ *Shaffy Moeel*
SHAFFY MOEEL
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: Shaffy_Moeel@fd.org