```
                                    FILED
                              2008 MAR 14  AM 8:52

                              CLERK US DI...
                              SOUTHERN DISTRICT OF CALIFORNIA

                              BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM McCURINE)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR0709-JAH |
| Plaintiff, ) | |
| v. ) | ORDER TO CONTINUE HEARING |
| FELIX IBARRA, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED**, that the change of plea hearing in the above-mentioned case, for Mr. Ibarra, who is in custody, be continued from March 26, 2008 at 9:30 a.m. until April 8, 2008 at 9:30 a.m. as stipulated and agreed upon by all parties. A Motion Hearing/Trial Setting is set for April 14, 2008 at 8:30 a.m. before Judge Houston. The Motion Hearing/Trial Setting date may be vacated upon complettion of the Change of Plea.

**SO ORDERED.**

Dated: 3/13/08

_____
HONORABLE WILLIAM McCURINE
United States Magistrate Judge